```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 02692
   MARY DEAN
   LARRY DEAN                                 CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-5003    SSN XXX-XX-4813


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 02/06/2008 and was not confirmed.

     The case was dismissed without confirmation 04/02/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
JEFFERSON CAPITAL SYSTEM UNSECURED         800.06           .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED        2049.72           .00           .00
ABN AMRO                 NOTICE ONLY    NOT FILED          .00           .00
ABN AMRO                 CURRENT MORTG       .00           .00           .00
ABN AMRO                 MORTGAGE ARRE  43645.23           .00           .00
HSBC AUTO FINANCE        UNSECURED      22667.79           .00           .00
BUREAU OF COLLECTION REC UNSECURED      NOT FILED          .00           .00
CBCS                     UNSECURED      NOT FILED          .00           .00
CREDIT PROTECTION        UNSECURED      NOT FILED          .00           .00
CREDIT PROTECTION        UNSECURED      NOT FILED          .00           .00
DEPENDON COLLECTION      UNSECURED      NOT FILED          .00           .00
FINANCIAL ASSET MANAGEME UNSECURED      NOT FILED          .00           .00
FIRST PREMIER BANK       UNSECURED      NOT FILED          .00           .00
H&F LAW                  UNSECURED      NOT FILED          .00           .00
ICS                      UNSECURED      NOT FILED          .00           .00
KCA FINANCIAL SERVICES   UNSECURED      NOT FILED          .00           .00
KCA FINANCIAL SERVICES   UNSECURED      NOT FILED          .00           .00
LOU HARRIS & CO          UNSECURED      NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS    UNSECURED      NOT FILED          .00           .00
NICOR GAS                UNSECURED      NOT FILED          .00           .00
NW COLLECTOR             UNSECURED      NOT FILED          .00           .00
PELLETTIERI & ASSOC      UNSECURED      NOT FILED          .00           .00
PRESIDIO/CM              UNSECURED      NOT FILED          .00           .00
LASALLE BANK             CURRENT MORTG       .00           .00           .00
LASALLE BANK             SECURED NOT I  43645.23           .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY         .00                         .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00


        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                         .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02692 MARY DEAN & LARRY DEAN
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                      ---------------   ---------------
TOTALS                                            .00               .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 07/24/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE